BEATRICE SPELLMAN, Appellant, *v.* HELEN SPELLMAN, Respondent.

Argued June 6, 1955; decided July 8, 1955.

*Philip L. Zenner* for appellant.

*Albert E. Bond* and *James M. Ryan* for respondent.

Judgment affirmed, with costs. (See *Le Fleur* v. *Vergilia,* 280 App. Div. 1035.) No opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.